No. 534. ALLEN *v.* MERRELL, COUNTY CLERK, DUCHESNE COUNTY, UTAH. The Attorney General of the State of Utah having consented to and urged the granting of the petition for certiorari, the petition for writ of certiorari to the Supreme Court of Utah is granted. *Robert W. Barker, John S. Boyden* and *John W. Cragun* for petitioner. *E. R. Callister,* Attorney General of Utah, for respondent. *Solicitor General Rankin* filed a

memorandum for the United States, as *amicus curiae,* urging that the petition for a writ of certiorari be granted.